UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARY MARTIN, in her capacity as Personal Representative of the Estate of Joseph Hayes, </br></br>    Plaintiff, </br></br> v. </br></br> SOMERSET COUNTY, et al., </br></br>    Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)  Civil No. 04-124-B-W</br>)</br>)</br>)</br>) |

ORDER ACCEPTING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 26, 2005, the Recommended Decision is accepted.

1. It is therefore <u>ORDERED</u> that the Motion for Summary Judgment is <u>DENIED</u> as to the deliberate indifference claims and state law tort claims against Frederick Hartley and John Davis for their pre-hanging conduct.

2. It is further <u>ORDERED</u> that the Count under the American's with Disability Act and the state law claims against Somerset County and Sheriff Delong in his official capacity are <u>DISMISSED</u>.

3. It is further <u>ORDERED</u> that the Motion for Summary Judgment on the deliberate indifference claims against Daniel Rivard, Sheriff Delong, and Somerset County, as well as the Maine Tort Claims Act and wrongful death counts against Rivard and Delong in their individual capacities is <u>GRANTED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of September, 2005